The South Carolina Court of Appeals

 
 
 
 Thomas M. Zaleski, Respondent,
 
 
 

v.

 
 
 
 Grazina Zaleski, Appellant.
 
 
 

The Honorable 
 Wesley L. Brown
 CherokeeCounty
 Trial Court Case No.2001-DR-11-00149

ORDER

By agreement of 
 the parties and the concurrence of the Court, Opinion Number 2005-UP-006 filed 
 in this case is hereby vacated and this appeal is dismissed by 
 2005-UP-150. 
AND IT IS SO 
 ORDERED.

 
 
 
 H. Samuel Stilwell,   J.
 BYKenneth A. Richstad
 Clerk
 
 

Columbia, South Carolina
 4/28/2005
cc: David A. Wilson, Esq.
 William G. Rhoden, Esq.
 The Honorable Brandy W. McBee